# UNITED STATES BANKRUPTCY COURT
# EASTERN DIVISION OF MICHIGAN
# SOUTHERN DIVISION

IN RE: Michael Jon Wilson  
       Laura Ann Wilson

Case Number: 06-46519-MBM  
Chapter 13  
Judge MARCI B. MCIVOR

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The Trustee has attempted to deliver funds to the payee listed below in the course of administration of the estate. Having been unsuccessful in delivery of those funds, the Trustee has deposted those funds with the Clerk of the Court pursuant to 11 U.S.C. 347(a).

| Payee Name and Address | Claims Register # | Transmittal Check Number to Clerk | Check Date | CheckAmount |
|---|---|---|---|---|
| ALLTEL CORP<br>1 ALLIED DR<br>LITTLE ROCK, AR 72202-9918 | 16 | 2554180 | May 13, 2010 | $0.38 |

Dated: May 28, 2010

/s/ David Wm. Ruskin  
For the Office of the Chapter 13 Standing Trustee  
David Wm. Ruskin  
26555 Evergreen Ste 1100  
Southfield MI 48076  
(248) 352-7755